THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK LEWIN, JAMES CAHILL and JOHN FANNING, Appellants.

(Argued January 14, 1935; decided February 26, 1935.)

*Jacob Shientag* for James Cahill, appellant.

*Harry Werner* for Jack Lewin and John Fanning, appellants.

*William Copeland Dodge, District Attorney (Irving Jay Tell* of counsel), for respondent.

As to each defendant, judgment affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: LEHMAN, J. Not sitting: FINCH, J.